## HOLLAND *v.* SAUL.

LITTLE, J.　Where an action against two persons was, on demurrer, dismissed as to one of them, it was incumbent on the plaintiff, if he desired to retain his joint action, to except within the time prescribed by law for filing a final bill of exceptions. He could not, in such a case, preserve his right to review a judgment sustaining the demurrer of one of the defendants by filing exceptions pendente lite, and assigning error thereon in a bill of exceptions tendered more than thirty days after the expiration of the term at which such demurrer had been sustained. *Ellis* v. *Almand*, ante, 333.
*Writ of error dismissed. All the Justices concurring, except Lewis, J., absent.*

Submitted March 1, — Decided June 6, 1902.

Motion to dismiss the writ of error.

Holland brought an action against Saul and Thompson. Saul demurred on the ground that no cause of action against him was set forth. The demurrer was sustained, and the case was dismissed as to Saul and ordered to proceed as to Thompson. To this ruling the plaintiff excepted pendente lite. He then obtained a verdict and judgment against Thompson, and filed a bill of exceptions assigning error upon the judgment sustaining the demurrer as to Saul.

*W. L. Hodges*, for plaintiff.　*J. H. Skelton*, for defendants.